AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of ) <br> ) <br> Two digital devices seized from JONES on ) <br> August 6, 2020, and currently in the custody ) <br> of Redlands Police Department in Redlands, ) <br> California ) <br> ) <br> ) | Case No.  ED20MJ-00455 |

FILED
CLERK, U.S. DISTRICT COURT
09/22/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____LM____ DEPUTY

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference [and attached hereto].

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  August 28, 2020 at 2:08 PM PDT         *[signature]*
                                                                                                 *Judge's signature*

City and state:   Riverside, CA                    Honorable Shashi Kewalramani, U.S. Magistrate Judge
                                                                             *Printed name and title*

AUSA: John A. Balla (x6246) *[signature]*

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)
(Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>ED20MJ-00455 | Date and time warrant executed:<br>17sept2020 @ 0800 | Copy of warrant and inventory left with:<br>n/a |
| Inventory made in the presence of :<br>    Redlands Police Department | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>A forensic clone of a black, Samsung Galaxy Note 8 phone, bearing serial no. A3LSMN95OU; forensic clone downloaded onto an external media device and entered into ATF custody; the physical cellular phone remained in the custody of the Redlands Police Department<br><br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>//<br>// | | |
| **Certification** | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:  22sept2020<br><br>                                                                     *Executing officer's signature*<br>                                                        Joseph Nazareno -  ATF Special Agent<br>                                                                  *Printed name and title* | | |